Whitney Z. Bernstein (Bar No. 304971)
Thomas H. Bienert, Jr. (Bar No. 135311)
James Riddet (Bar No. 39826)
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:   (949) 369-3701
Email: tbienert@bmkattorneys.com
         wbernstein@bmkattorneys.com

Attorneys for Defendant
MOHAMMED ABDUL QAYUUM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED ABDUL QAYYUM,<br><br>Defendant. | CASE NO.:   18-CR-4683-GPC-3<br><br>Hon. Gonzalo P. Curiel<br>Date: December 7, 2018<br>Time: 10:30 a.m.<br><br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br><br>**1) COMPEL DISCOVERY/PRESERVE EVIDENCE**<br>**2) PRESERVE AND INSPECT EVIDENCE**<br>**3) GRANT LEAVE TO FILE FURTHER MOTIONS** |

TO:   ADAM BRAVERMAN, UNITED STATES ATTORNEY, AND MELANIE PIERSON & ROBERT CIAFFA, ASSISTANT UNITED STATES ATTORNEYS:

         PLEASE TAKE NOTICE that on December 7, 2018, at 10:30 a.m., or as soon

thereafter as counsel may be heard, Defendant, Mohammed Abdul Qayyum, through

his attorneys, Bienert, Miller & Katzman, PLC, will ask this Court to enter an order

granting the following motions.

/ / /

/ / /

/ / /

1

## **MOTIONS**

2      Defendant, Mohammed Abdul Qayyum, through his attorneys, Bienert, Miller

3  & Katzman, PLC, pursuant to the United States Constitution, the Federal Rules of

4  Criminal Procedure, and all other applicable statutes, case law and local rules, moves

5  this Court for an order to:

6          (1)    compel discovery/preserve evidence;

7          (2)    preserve and inspect evidence;

8          (3)    grant leave to file further motions.

9      These motions are based upon the attached statement of facts and

10  memorandum of points and authorities, and any and all other materials that may come

11  to this Court's attention at or before the hearing on these motions

12                              Respectfully submitted,

13

14  Dated:  November 20, 2018          *s/ Whitney Z. Bernstein*
                                       WHITNEY Z. BERNSTEIN
15                                     Bienert, Miller & Katzman, PLC
                                       Attorneys for Defendant
16                                     MOHAMMED ABDUL QAYYUM
                                       Email:  wbernstein@bmkattorneys.com

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Melanie K. Pierson
Assistant U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

Respectfully submitted,

Dated:  November 20, 2018          *s/ Whitney Z. Bernstein*
WHITNEY Z. BERNSTEIN
Bienert, Miller & Katzman, PLC
Attorneys for Defendant
MOHAMMED ABDUL QAYYUM
Email:  wbernstein@bmkattorneys.com