Thomas H. Bienert, Jr. (Bar No. 135311)
James Riddet (Bar No. 39826)
Whitney Z. Bernstein (Bar No. 304971)
BIENERT | KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone:  (949) 369-3700
Facsimile:   (949) 369-3701
Email: tbienert@bmkattorneys.com
       jriddet@bmkattorneys.com
       wbernstein@bmkattorneys.com

Attorneys for Defendant
MOHAMMED ABDUL QAYYUM

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED ABDUL QAYYUM,<br><br>Defendant. | Case No. 18-CR-4683-GPC-3<br>Hon. Gonzalo P. Curiel<br>Courtroom 2D<br>Date: February 14, 2019<br>Time: 1:00 p.m.<br><br>**DEFENDANT'S WAIVER OF APPEARANCE FOR HEARING ON FEBRUARY 14, 2019** |

I, Mohammed Abdul Qayyum, having been advised of my rights, and pursuant to Fed. R. Crim. P. 43(b)(3), hereby waive my right to be present at the upcoming February 14, 2019, 1:00 p.m. hearing on the government's motion for a protective order.

I hereby acknowledge that I am to next appear in the United States District Court for the Southern District of California on April 19, 2019, at 1:00 p.m. for a motion hearing before Judge Gonzalo P. Curiel in Courtroom 2D.

Dated: January 31, 2019

_____
Mohammed Abdul Qayyum

DEFENDANT'S WAIVER OF APPEARANCE

Dated: February 1, 2019                    BIENERT | KATZMAN, PLC

                                           By: *s/ Whitney Z. Bernstein*
                                               Thomas H. Bienert, Jr
                                               James Riddet
                                               Whitney Z. Bernstein
                                               Attorneys for Mohammed Abdul Qayyum

# CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Melanie K. Pierson
Assistant U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

Sabrina Feve
Assistant U.S. Attorney
sfeve@usa.doj.gov

/s/ Tanner Hosfield
Tanner Hosfield
Assistant