**BIENERT, MILLER & KATZMAN, PLC**
Thomas H. Bienert, Jr., State Bar No. 135311
James Riddet, State Bar No. 39826
Whitney Z. Bernstein, State Bar No. 304917
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: tbienert@bmkattorneys.com
      jriddet@bmkattorneys.com
      wbernstein@bmkattorneys.com

*Attorneys for Defendant Mohammed Abdul Qayyum*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS<br><br>    Defendants. | CASE NO. 18-CR-04683-GPC-3<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE**<br><br>Assigned to Hon. Gonzalo P. Curiel |

DEFENDANT MOHAMMED ABDUL QAYYUM, by and through undersigned counsel, hereby files his acknowledgment of next court date, Tuesday, April 30, 2019, in the above-captioned matter.

DATED: April 19, 2019    Thomas H. Bienert
                                      James D. Riddet
                                      Whitney Z. Bernstein
                                      Bienert, Miller & Katzman, PLC

                                By:     *s/ Whitney Z. Bernstein*
                                              Whitney Z. Bernstein
                                      Attorneys for Defendant Mohammed Abdul Qayyum

BIENERT, MILLER & KATZMAN, PLC
Thomas H. Bienert, Jr., State Bar No. 135311
James Riddet, State Bar No. 39826
Whitney Z. Bernstein, State Bar No. 304917
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: tbienert@bmkattorneys.com
         jriddet@bmkattorneys.com
         wbernstein@bmkattorneys.com

*Attorneys for Defendant Mohammed Abdul Qayyum*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-04683-GPC-3 |
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| vs. | Assigned to Hon. Gonzalo P. Curiel |
| JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS | |
| Defendants. | |

I, Mohammed Abdul Qayyum, hereby acknowledge the next court date in the above-captioned matter is scheduled on Tuesday, April 30, 2019 at 1:00 p.m. I hereby promise to appear before the Honorable Court on that date and at that time without further notice.

Date: 4/18/2019

_____
MOHAMMED ABDUL QAYYUM

## CERTIFICATE OF SERVICE

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistance U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

DATED: April 19, 2019

Thomas H. Bienert
James D. Riddet
Whitney Z. Bernstein
Bienert, Miller & Katzman, PLC

By: _____s/ Whitney Z. Bernstein_____
Whitney Z. Bernstein
Attorneys for Defendant Mohammed Abdul Qayyum