**BIENERT, MILLER & KATZMAN, PLC**
Thomas H. Bienert, Jr., State Bar No. 135311
James Riddet, State Bar No. 39826
Whitney Z. Bernstein, State Bar No. 304917
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: tbienert@bmkattorneys.com
          jriddet@bmkattorneys.com
          wbernstein@bmkattorneys.com

*Attorneys for Defendant Mohammed Abdul Qayyum*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-04683-GPC-3 |
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| vs. | Assigned to Hon. Gonzalo P. Curiel |
| JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS | |
| Defendants. | |

DEFENDANT MOHAMMED ABDUL QAYYUM, by and through undersigned counsel, hereby files his acknowledgment of next court date, Thursday, August 1, 2019, in the above-captioned matter.

DATED:  May 6, 2019

Thomas H. Bienert
James D. Riddet
Whitney Z. Bernstein
Bienert, Miller & Katzman, PLC

By: _____*s/ Whitney Z. Bernstein*_____
                Whitney Z. Bernstein
       Attorneys for Defendant Mohammed Abdul Qayyum

1   **BIENERT, MILLER & KATZMAN, PLC**
    Thomas H. Bienert, Jr., State Bar No. 135311
2   James Riddet, State Bar No. 39826
    Whitney Z. Bernstein, State Bar No. 304917
3   903 Calle Amanecer, Suite 350
    San Clemente, California 92673
4   Telephone: (949) 369-3700
    Email: tbienert@bmkattorneys.com
5         jriddet@bmkattorneys.com
          wbernstein@bmkattorneys.com
6
    *Attorneys for Defendant Mohammed Abdul Qayyum*
7

8                  **UNITED STATES DISTRICT COURT**

9                **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,          CASE NO. 18-CR-04683-GPC-3

12          Plaintiff,                 **ACKNOWLEDGMENT OF NEXT COURT DATE**

13          vs.                        Assigned to Hon. Gonzalo P. Curiel

14  JACOB BYCHAK, MARK
    MANOOGIAN, MOHAMMED
15  ABDUL QAYYUM, AND PETR
    PACAS
16          Defendants.

17

18

19       I, Mohammed Abdul Qayyum, hereby acknowledge the next court date in the

20  above-captioned matter is scheduled on Thursday, August 1, 2019 at 9:30 a.m.  I

    hereby promise to appear before the Honorable Court on that date and at that time
21
    without further notice.
22

23
    Date: 5/5/2019                     _____
24                                           Mohammed Abdul Qayyum

25

26

27

28

                                         2                      18-CR-04683-GPC-3

1

## CERTIFICATE OF SERVICE

2        Counsel for Defendants certify that the foregoing pleading has been

3   electronically served on the following parties by virtue of their registration with the

4   CM/ECF system:

5                                  Sabrina L. Feve
                                Assistant U.S. Attorney
6                               sabrina.feve@usdoj.gov

7
                                  Melanie K. Pierson
8                               Assistance U.S. Attorney
9                              melanie.pierson@usdoj.gov

10                                  Robert Ciaffa
                                Assistant U.S. Attorney
11                              robert.ciaffa@usdoj.gov

12

13   DATED:  May 6, 2019              Thomas H. Bienert
14                                    James D. Riddet
                                      Whitney Z. Bernstein
15                                    Bienert, Miller & Katzman, PLC

16

17                                    By:  _____s/ Whitney Z. Bernstein_____
18                                              Whitney Z. Bernstein
                                      Attorneys for Defendant Mohammed Abdul
19                                    Qayyum

20

21

22

23

24

25

26

27

28