1  **BIENERT | KATZMAN PC**
   Thomas H. Bienert, Jr., State Bar No. 135311
2  James Riddet, State Bar No. 39826
   Whitney Z. Bernstein, State Bar No. 304917
3  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
4  Telephone: (949) 369-3700
   Email: tbienert@bienertkatzman.com
5         jriddet@bienertkatzman.com
          wbernstein@bienertkatzman.com
6
   *Attorneys for Defendant Mohammed Abdul Qayyum*
7

8
                   **UNITED STATES DISTRICT COURT**
9
                   **SOUTHERN DISTRICT OF CALIFORNIA**
10

11 | UNITED STATES OF AMERICA,           | CASE NO. 18-CR-04683-GPC-3

12 |              Plaintiff,              | **NOTICE OF CHANGE OF FIRM NAME AND EMAIL**

13 |       vs.                            | Assigned to Hon. Gonzalo P. Curiel

14 | JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS
15 |
16 |              Defendants.
17

18

19 **TO THE COURT, ALL PARTIES, AND THE PARTIES' RESPECTIVE**

20 **COUNSEL OF RECORD:**

21       **PLEASE TAKE NOTICE THAT** effective immediately, Bienert, Miller &

22 Katzman, PLC has changed its name to Bienert | Katzman PC.  The email addresses

23 for Thomas H. Bienert, Jr., James Riddet, and Whitney Z. Bernstein, counsel for

24 defendant Mohammed Abdul Qayyum, have also changed to

25 tbienert@bienertkatzman.com, jriddet@bienertkatzman.com and

26 wbernstein@bienertkatzman.com, respectively.  The firm's address, telephone number

27 and facsimile numbers will remain the same.

28       Please update your records to reflect these changes.

| | | |
|---|---|---|
| 1 | DATED: May 10, 2019 | Thomas H. Bienert |
| 2 | | James D. Riddet |
| | | Whitney Z. Bernstein |
| 3 | | Bienert | Katzman PC |
| 4 | | |
| 5 | | By:    *s/ Whitney Z. Bernstein* |
| 6 | | Whitney Z. Bernstein |
| | | Attorneys for Defendant Mohammed Abdul |
| 7 | | Qayyum |

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistance U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

DATED: May 10, 2019         Thomas H. Bienert
                            James D. Riddet
                            Whitney Z. Bernstein
                            Bienert | Katzman PC


                            By:    *s/ Whitney Z. Bernstein*
                                   Whitney Z. Bernstein
                                   Attorneys for Defendant Mohammed Abdul Qayyum