1 **BIENERT | KATZMAN PC**
Thomas H. Bienert, Jr., State Bar No. 135311
2 James Riddet, State Bar No. 39826
Whitney Z. Bernstein, State Bar No. 304917
3 903 Calle Amanecer, Suite 350
San Clemente, California 92673
4 Telephone: (949) 369-3700
Email: tbienert@bienertkatzman.com
5         jriddet@bienertkatzman.com
        wbernstein@bienertkatzman.com
6
*Attorneys for Defendant Mohammed Abdul Qayyum*
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS<br><br>    Defendants. | CASE NO. 18-CR-04683-GPC-3<br><br>**NOTICE OF CHANGE OF FIRM NAME AND EMAIL**<br><br>Assigned to Hon. Gonzalo P. Curiel |

**TO THE COURT, ALL PARTIES, AND THE PARTIES' RESPECTIVE COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE THAT** effective immediately, Bienert, Miller & Katzman, PLC has changed its name to Bienert | Katzman PC.  The email address for James Riddet, counsel for defendant Mohammed Abdul Qayyum, has also changed to jriddet@bienertkatzman.com.  The firm's address, telephone number and facsimile numbers will remain the same.

   Please update your records to reflect these changes.

1  DATED:  May 13, 2019        Thomas H. Bienert
2                              James D. Riddet
                               Whitney Z. Bernstein
3                              Bienert | Katzman PC
4
5                              By:      *s/ James Riddet*
6                                       James Riddet
                                        Attorneys for Defendant Mohammed Abdul
7                                       Qayyum
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistance U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

DATED:  May 13, 2019     Thomas H. Bienert
James D. Riddet
Whitney Z. Bernstein
Bienert | Katzman PC

By:     *s/ James Riddet*
James Riddet
Attorneys for Defendant Mohammed Abdul Qayyum