**BIENERT | KATZMAN PC**
Thomas H. Bienert, Jr., State Bar No. 135311
James Riddet, State Bar No. 39826
Whitney Z. Bernstein, State Bar No. 304917
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: tbienert@bienertkatzman.com
         jriddet@bienertkatzman.com
         wbernstein@bienertkatzman.com

*Attorneys for Defendant Mohammed Abdul Qayyum*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS<br><br>　　　　Defendants. | CASE NO. 18-CR-04683-GPC-3<br><br>**NOTICE OF CHANGE OF FIRM NAME AND EMAIL**<br><br>Assigned to Hon. Gonzalo P. Curiel |

**TO THE COURT, ALL PARTIES, AND THE PARTIES' RESPECTIVE COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE THAT** effective immediately, Bienert, Miller & Katzman, PLC has changed its name to Bienert | Katzman PC.  The email address for Thomas H. Bienert, Jr., counsel for defendant Mohammed Abdul Qayyum, has also changed to tbienert@bienertkatzman.com.  The firm's address, telephone number and facsimile numbers will remain the same.

   Please update your records to reflect these changes.

1  DATED:  May 13, 2019            Thomas H. Bienert
2                                  James D. Riddet
                                   Whitney Z. Bernstein
3                                  Bienert | Katzman PC
4
5                                  By:      *s/ Thomas H. Bienert*
6                                        Thomas H. Bienert
                                          Attorneys for Defendant Mohammed Abdul
7                                         Qayyum
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

> Sabrina L. Feve
> Assistant U.S. Attorney
> sabrina.feve@usdoj.gov
>
> Melanie K. Pierson
> Assistance U.S. Attorney
> melanie.pierson@usdoj.gov
>
> Robert Ciaffa
> Assistant U.S. Attorney
> robert.ciaffa@usdoj.gov

DATED:  May 13, 2019        Thomas H. Bienert
                            James D. Riddet
                            Whitney Z. Bernstein
                            Bienert | Katzman PC


                    By:     *s/ Thomas H. Bienert*
                            Thomas H. Bienert
                            Attorneys for Defendant Mohammed Abdul Qayyum