**BIENERT | KATZMAN PC**
Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701
Email: tbienert@bienertkatzman.com
         jriddet@ bienertkatzman.com
         wbernstein@ bienertkatzman.com

*Attorneys for Defendant Mohammed Abdul Qayyum*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, PETR PACAS,<br><br>Defendants. | Case No. 18-cr-04683-GPC<br>Hon. Gonzalo P. Curiel<br><br>**DEFENDANT MOHAMMED ABDUL QAYYUM'S ACKNOWLEDGEMENT OF NEXT COURT DATE** |

I, Mohammed Abdul Qayyum, hereby acknowledge that the next court date in the above-captioned matter is scheduled on Thursday, October 24, 2019 at 1:00 p.m. I hereby promise to appear before the Honorable Court on that date and at that time without further notice.

Dated: August 5, 2019

_____
MOHAMMED ABDUL QAYYUM

18-Cr-04683-GCP
ACKNOWLEDGEMENT OF NEXT COURT DATE

# CERTIFICATE OF SERVICE

Counsel for Defendant Mohammed Abdul Qayuum certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

David W. Wiechert
Jessica C. Munk
William J. Migler
Attorneys for Jacob Bychak

Randy K. Jones
Attorney for Mark Manoogian

Gary Lincenberg
Naeun Rim
Attorneys for Petr Pacas

Melanie Pierson
Robert Ciaffa
Sabrina Feve
Assistant U.S. Attorneys

Respectfully submitted,

Dated:  August 7, 2019

*s/ Whitney Z. Bernstein*
**BIENERT | KATZMAN PC**
Whitney Z. Bernstein
Attorneys for Mohammed Abdul Qayyum
Email:  wbernstein@bienertkatzman.com