THOMAS H. BIENERT (Bar No. 135311)
tbienert@bienertkatzman.com
JAMES D. RIDDET (Bar No. 39826)
jriddet@bienertkatzman.com
WHITNEY Z. BERNSTEIN (Bar No. 304971)
wbernstein@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

Attorneys for Defendant
MOHAMMED ABDUL QAYYUM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMED ABDUL QAYYUM,<br><br>Defendant. | Case No. 18-CR-4683-GPC-3<br>Hon. Gonzalo P. Curiel<br>Courtroom 2D<br>Date: November 20, 2019<br>Time: 12:00 p.m.<br><br>DEFENDANT'S WAIVER OF APPEARANCE FOR HEARING ON NOVEMBER 20, 2019 |

I, Mohammed Abdul Qayyum, having been advised of my rights, and pursuant to Fed. R. Crim. P. 43(b)(3), hereby waive my right to be present at the upcoming November 20, 2019, 12:00 p.m. Status Hearing.

Dated: October 28, 2019

_/s/ signature_
Mohammed Abdul Qayyum

---
1
DEFENDANT'S WAIVER OF APPEARANCE

# CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Melanie K. Pierson
Assistant U.S. Attorney
melanie.pierson@usdqj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

Sabrina Feve
Assistant U.S. Attorney
sfeve@usa.doj.gov

Naeun Rim
Gary Lincenberg
Attorneys for Petr Pacas

Randy K. Jones
Attorney for Mark Manoogian

Jessica C. Munk
David W. Wiechert
William J. Migler
Attorneys for Jacob Bychak

/s/ *Christopher Boyd*
Christopher Boyd
Assistant