THOMAS H. BIENERT (Bar No. 135311)
tbienert@bienertkatzman.com
JAMES D. RIDDET (Bar No. 39826)
jriddet@bienertkatzman.com
WHITNEY Z. BERNSTEIN (Bar No. 304971)
wbernstein@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

Attorneys for Defendant
MOHAMMED ABDUL QAYYUM

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MOHAMMED ABDUL QAYYUM,<br><br>    Defendant. | Case No. 18-CR-4683-GPC-3<br>Hon. Gonzalo P. Curiel<br>Courtroom 2D<br>Date: February 20, 2020<br>Time: 1:00 p.m.<br><br>ACKNOWLEDGMENT OF APPEARANCE FOR HEARING ON FEBRUARY 20, 2020 |

I, Mohammed Abdul Qayyum, hereby acknowledge the next court date in the above-captioned matter is scheduled on Thursday, February 20, 2020 at 1:00 p.m. I hereby promise to appear before the Honorable Court on that date and at that time without further notice.

Dated: December 17, 2019

_____
Mohammed Abdul Qayyum

---

1

DEFENDANT'S WAIVER OF APPEARANCE

# CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Melanie K. Pierson
Assistant U.S. Attorney
melanie.pierson@usdqj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

Sabrina Feve
Assistant U.S. Attorney
sfeve@usa.doj.gov

Naeun Rim
Gary Lincenberg
Attorneys for Petr Pacas

Randy K. Jones
Attorney for Mark Manoogian

Jessica C. Munk
David W. Wiechert
William J. Migler
Attorneys for Jacob Bychak

/s/ *Christopher Boyd*

Christopher Boyd

Assistant

2
DEFENDANT'S WAIVER OF APPEARANCE