Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
**BIENERT | KATZMAN PC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
Email: tbienert@bienertkatzman.com
       jriddet@bienertkatzman.com
       wbernstein@bienertkatzman.com

*Attorneys for Mohammed Abdul Qayyum*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED ABDUL QAYYUM,<br><br>Defendant. | Case No. 18-CR-04683-GPC-3<br><br>Hon. Gonzalo P. Curiel<br>Date: June 26, 2019<br>Time: 2:30 p.m.<br><br>**DEFENDANT MOHAMMED ABDUL QAYYUM'S NOTICE OF MOTION AND MOTION TO SUPPRESS STATEMENT AND HOLD AN EVIDENTIARY HEARING** |

TO:   BOB BREWER, UNITED STATES ATTORNEY, AND
      SABRINA FEVE & MELANIE PIERSON, ASSISTANT UNITED STATES ATTORNEYS:

**PLEASE TAKE NOTICE** that on June 26, 2020, at 2:30 p.m., or as soon thereafter as counsel may be heard, Defendant, Mohammed Abdul Qayyum, through his attorneys, Thomas H. Bienert, Jr., James Riddet, Whitney Z. Bernstein and Bienert | Katzman PC, will ask this Court to enter an order granting the following motions.

///

///

///

## MOTIONS

Defendant, Mohammed Abdul Qayyum, through his attorneys, Thomas H. Bienert, Jr., James Riddet, Whitney Z. Bernstein and Bienert | Katzman PC, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, moves this Court for an order to:

(1) suppress statements;

(2) hold an evidentiary hearing.

These motions are based upon the attached statement of facts and memorandum of points and authorities, the attached declaration of Mohammed Abdul Qayyum, this Court's file, and any and all other materials that may come to this Court's attention at or before the hearing on these motions.

Respectfully submitted,

Dated: May 15, 2020               BIENERT | KATZMAN PC

*s/ Whitney Z. Bernstein*
Thomas H. Bienert, Jr.
James Riddet
Whitney Z. Bernstein
Attorneys for Mohammed Abdul Qayyum

## CERTIFICATE OF SERVICE

Counsel for Defendant Mohammed Abdul Qayyum certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

David W. Wiechert
Jessica C. Munk
William J. Migler
Attorneys for Jacob Bychak

Randy K. Jones
Attorney for Mark Manoogian

Gary Lincenberg
Naeun Rim
Attorneys for Petr Pacas

Melanie Pierson
Sabrina Feve
Assistant U.S. Attorneys

Respectfully submitted,

Dated: May 15, 2020          BIENERT | KATZMAN PC

*s/ Whitney Z. Bernstein*
Thomas H. Bienert, Jr.
James Riddet
Whitney Z. Bernstein
Attorneys for Mohammed Abdul Qayyum