UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>                            Defendants. | Case No.: 3:18-CR-04683-GPC<br><br>**ORDER GRANTING SHORTENING OF TIME.**<br><br>**(ECF No. 163.)** |

Finding good cause, and in light of Defendants' motion to shorten time, (ECF No. 163), the Court **ORDERS** the time in which Defendants may file their motion to Dismiss Wire Fraud Counts for Violating the Fifth Amendment Due Process and Sixth Amendment Fair Notice Protections, (ECF No. 164), is **GRANTED**.

The briefing schedule for Defendants' motion is amended as follows. Defendants' motion will be accepted as filed on May 18, 2020. The Government's opposition brief will be due June 8, 2020. Defendants' reply will be due June 15, 2020. The hearing will take place on June 26, 2020, at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: May 20, 2020

Hon. Gonzalo P. Curiel
United States District Judge