ROBERT S. BREWER, JR.
United States Attorney
MELANIE K. PIERSON
SABRINA L. FEVE
ASHLEY E. GOFF
RANDY S. GROSSMAN
Assistant United States Attorney
California Bar Nos. 112520/226590/299737/177890
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-6761
Randy.Grossman@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED ABDUL QAYYUM (3)<br><br>Defendant. | Case No. 18-cr-04683-GPC-3<br><br>**DECLARATION OF FBI SPECIAL AGENT CHARLES W. CHABALKO IV** |

1. I, Charles W. Chabalko IV, am over the age of 18-years-old and am competent to make this declaration. I have been employed with the FBI as a Special Agent for seventeen years. I have personal knowledge of the facts stated below or have obtained such knowledge from review of my case file and during the regular course of my duties. This declaration is made for the limited purpose of responding to a declaration executed by defendant Mohammad Abdul Qayyum on May 15, 2020, regarding his Motion to Suppress. It is not intended to be a verbatim account of my communications with Mr. Qayyum.

2. On September 9, 2016, Agent Jason Pearson and I met with Mr. Qayyum at his apartment. Initially, his wife greeted us at the front door. After introducing ourselves as FBI agents and showing our identification, we asked to speak to Mr. Qayyum. His wife went back into the apartment. I do not recall seeing her again. Our short conversation with Mr. Qayyum's wife was professional. She did not appear scared or confused.

3. Mr. Qayyum appeared at the front door. We introduced ourselves, presented our identification, and asked to talk with him about his employment at Amobee, formerly known as Adconion Direct. Mr. Qayyum invited us inside. We sat on a couch near the front door and were seated there throughout the interview.

4. I did not consider Mr. Qayyum to be in custody at any point during the interview on September 9, 2016. He was not physically restrained or prevented from moving freely about the apartment. I am aware of nothing about the circumstances surrounding the interview or our questioning that would have caused him to believe that he could not terminate our interview.

5. At no time did Mr. Qayyum ask us to terminate the interview. At some point during the interview, I asked if we could continue or if he wanted to go to work. He said we could continue.

6. Neither I nor Agent Pearson threatened Mr. Qayyum. We did not state that he could face twenty years in jail or removal from his family. I was wearing a suit jacket and slacks. My firearm was concealed in my waistband and covered by my jacket. I did not make any gestures to intentionally display my firearm.

7. Agent Pearson and I spoke with a professional tone throughout the interview, and we did not raise our voices. Mr. Qayyum appeared attentive throughout the interview. He did not appear scared or confused.

8. At the conclusion of the interview, Mr. Qayyum stated he wanted to cooperate with law enforcement anyway he could. He agreed to provide me with Adconion Direct emails. We agreed to meet the following week.

9. During the morning of September 12, 2016, I called Mr. Qayyum to set up another meeting. We exchanged emails in which we agreed, at his request, to meet in person on September 13, 2016, at a Starbucks near his apartment. A true and correct copy of that email exchange is attached as Exhibit A.

10. On September 13, 2016, I met with Mr. Qayyum at the Starbucks. Upon my arrival, Mr. Qayyum told me that he no longer felt comfortable about providing his Adconion emails and that he was seeking an attorney to advise him on the matter. He did agree to meet with me on Friday, September 16, 2016, to discuss emails in my possession. On September 13, 2016, at 5:15 p.m., I sent Mr. Qayyum an email to thank him for meeting me at Starbucks and to confirm the next meeting for September 16, 2016. That email is included within the exchange attached as Exhibit A.

11. On September 14, 2016, I received a voice message from an attorney who said he represented Mr. Qayuum, so I suspended further communication with Mr. Qayyum.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I have signed this declaration in San Diego, California.

DATED: June 5, 2020

CHARLES W. CHABALKO IV
FBI SPECIAL AGENT

# EXHIBIT A

**To:** 'Mohammed Qayyum' ███████████████
**From:** Chabalko, Charles W. (SD) (FBI)
**Sent:** Tue 9/13/2016 5:15:44 PM
**Subject:** RE: Friday's meeting

Thank you for meeting me today. As I stated today, let's review some documents that I have and go from there. I will see you Friday morning at 8am.
Charlie

**From:** Mohammed Qayyum ███████████████
**Sent:** Monday, September 12, 2016 2:07 PM
**To:** Chabalko, Charles W. (SD) (FBI)
**Subject:** Re: Friday's meeting

Sounds good! Can we meet at Starbucks 10720 Westview Pkwy or at my apartment. We can meet at any place convenient to you, please let me know.
Thanks!

On Sep 12, 2016, at 1:19 PM, Chabalko, Charles W. (SD) (FBI) ███████████████ wrote:

> Yes of course. How about tomorrow morning? 8am?
>
> **From:** Mohammed Qayyum ███████████████
> **Sent:** Monday, September 12, 2016 1:19 PM
> **To:** Chabalko, Charles W. (SD) (FBI)
> **Subject:** Re: Friday's meeting
>
> Hi Charles,
> Can we meet in person instead, sometime before or after regular work hours through the week?
> Thank you so much in advance for finding time to meet.
> -Abdul
>
> On Sep 12, 2016, at 11:47 AM, Chabalko, Charles W. (SD) (FBI) ███████████████ wrote:
>
>> Sorry I missed you. I will be in a meeting for an hour or so. I also get terrible reception in the office so it's best to call my desk line. Are available to talk around 2pm today?
>> --

-------- Original message --------
From: Mohammed Qayyum ███████████████
Date: 09/12/2016 11:44 AM (GMT-08:00)
To: "Chabalko, Charles W. (SD) (FBI)" ███████████████
Subject: Re: Friday's meeting

> Hi Charles,
> Sorry, I missed your call. I tried calling you back on your cell right away and left a voice mail. Please let me know when is a convenient time so we can talk again.
> Regards,
> Abdul
>
> On Sep 12, 2016, at 10:39 AM, Chabalko, Charles W. (SD) (FBI) ███████████████ wrote:
>
>> Abdul,
>> I left you a voicemail message this morning, thought I would send you a quick email as well. Please call me when you get a chance.
>> Thank you
>> Charles

Exhibit A, p. 1
ADCONION-DISC18-00001



SA Charles W. Chabalko
FBI San Diego Divison