ROBERT S. BREWER, JR.
United States Attorney
MELANIE K. PIERSON
SABRINA L. FEVE
RANDY S. GROSSMAN
Assistant United States Attorney
California Bar Nos. 112520/226590/177890
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel:  (619) 546-7710

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED ABDUL QAYYUM (3),<br><br>Defendant. | Case No.  18-cr-4683-GPC<br><br>**MOTION TO WITHDRAW OPPOSITION TO MOTION TO SUPPRESS STATEMENTS** |

The United States of America, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Melanie K. Pierson, Sabrina L. Fève, and Randy S. Grossman, Assistant United States Attorneys, hereby submits this Motion to Withdraw its opposition to defendant Mohammed Abdul Qayyum's Motion to Suppress his Statements.  The United States continues to maintain that no violation of the defendant's Constitutional rights occurred and the defendant's statements were voluntary.  However, the United States has determined that it will not seek to introduce the statements elicited from Qayyum by FBI agents Chabalko and Pearson at trial, nor attempt to use them as impeachment should Qayyum elect to testify.  Accordingly, the

United States requests that the motion be denied as moot. *See United States v. Arias-Villanueva*, 998 F.2d 1491, 1502 (9th Cir. 1993); *United States v. James*, No. 2:17-CR-0180-JAD-PAL, 2018 WL 834602, at *1 (D. Nev. Feb. 9, 2018); *United States v. Sialofi*, No. 313CR0009204RRBKFM, 2014 WL 12701204, at *2 (D. Alaska Nov. 24, 2014).

DATED: August 7, 2020

    Respectfully submitted,

    ROBERT S. BREWER JR.
    United States Attorney

    s/ *Randy S. Grossman*
    RANDY S. GROSSMAN
    Assistant U.S. Attorney