Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701
Email: tbienert@bklwlaw.com
         jriddet@ bklwlaw.com
         wbernstein@ bklwlaw.com

*Attorneys for Defendant Mohammed Abdul Qayyum*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, PETR PACAS,<br><br>Defendants. | Case No. 18-cr-04683-GPC-3<br>Hon. Gonzalo P. Curiel<br><br>**NOTICE OF CHANGE OF FIRM NAME AND EMAIL** |

**TO THE COURT, ALL PARTIES, AND THE PARTIES' RESPECTIVE COUNSEL OF RECORD:**

 **PLEASE TAKE NOTICE THAT** effective immediately, Bienert | Katzman PC has changed its name to Bienert Katzman Littrell Williams LLP. The email addresses for Thomas H. Bienert, James D. Riddet and Whitney Z. Bernstein, counsel for defendant Mohammed Abdul Qayyum, have also changed to tbienert@bklwlaw.com, jriddet@bklwlaw.com , and wbernstein@bklwlaw.com. The firm's address, telephone number and facsimile numbers will remain the same.

 Please update your records to reflect these changes.

Dated: February 24, 2021    BIENERT KATZMAN LITTELL WILLIAMS LLP

            By: */s/ Whitney Z. Bernstein*
              Whitney Z. Bernstein
              *Attorney for Defendant Mohammed Abdul Qayyum*