AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-cr-04683-GPC-3 |
| JACOB BYCHAK, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Mohammed Abdul Qayyum                                .

Date:    07/06/2021

/s/ Carlos A. Nevarez
*Attorney's signature*

Carlos A. Nevarez, SBN 324407
*Printed name and bar number*

BIENERT KATZMAN
LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
*Address*

cnevarez@bklwlaw.com
*E-mail address*

(949) 369-3700
*Telephone number*

(949) 369-3701
*FAX number*