# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS<br><br>Defendant. | CASE NO.:   18-CR-4683-GPC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO PERMIT DEFENDANTS' TRIAL TECHNICIAN'S USE OF CERTAIN TECHNOLOGY**<br><br>[ECF No. 435] |

For the reasons set forth in Defendants' Motion, Defendants' trial graphics technician may bring to Court and use an external monitor during trial to assist the defense with their presentation of opening statements and witness examinations.

**IT IS SO ORDERED.**

Dated:  May 20, 2022

Hon. Gonzalo P. Curiel
United States District Judge

1