AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| UNITED STATES OF AMERICA, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  18-cr-04683-GPC-3 |
| JACOB BYCHAK, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Mohammed Abdul Qayyum.

Date:   06/09/2022

/s/ John L. Littrell
*Attorney's signature*

John L. Littrell, State Bar No. 221601
*Printed name and bar number*

BIENERT KATZMAN
LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
*Address*

jlittrell@bklwlaw.com
*E-mail address*

(949) 369-3700
*Telephone number*

(949) 369-3701
*FAX number*