```
 1  RANDY S. GROSSMAN
    Acting United States Attorney
 2  MELANIE K. PIERSON
    SABRINA L. FEVE
 3  Assistant U.S. Attorneys
    California Bar No. 112520/226590
 4  Office of the U.S. Attorney
    880 Front Street, Room 6293
 5  San Diego, CA 92101
    Tel: (619) 546-7976
 6  Fax: (619) 546-0631
    Email:Melanie.Pierson@usdoj.gov/Sabrina.Feve@usdoj.gov
 7
 8  Attorneys for United States of America
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 18-CR-4683-GPC |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | (Superseding) |
| JACOB BYCHAK (1) MARK MANOOGIAN (2), and MOHAMMED ABDUL QAYYUM, (3) | 18 U.S.C. §1037(a)(5) and (b)(3) Electronic Mail Fraud 18 U.S.C. §2 – Aiding and Abetting |
| Defendants. | |

The United States Attorney charges that:

COUNT 1

On or about between December 2010 and September 2014, within the Southern District of California, defendants JACOB BYCHAK and MARK MANOOGIAN conspired together and with others to knowingly and falsely represent themselves to be the registrant and legitimate successor in interest to the registrant of 5 or more Internet Protocol addresses, and intentionally initiate the transmission of multiple commercial electronic mail messages from such addresses,

in and affecting interstate commerce, in violation of 18 U.S.C. §1037(a)(5) and (b)(3), a misdemeanor.

## COUNT 2

On or about between December 2010 and September 2014, within the Southern District of California, defendant MOHAMMED ABDUL QAYYUM did knowingly and falsely represent himself to be the registrant and legitimate successor in interest to the registrant of 5 or more Internet Protocol addresses, and intentionally initiate the transmission of multiple commercial electronic mail messages from such addresses, in and affecting interstate commerce, in violation of 18 U.S.C. §1037(a)(5) and (b)(3), and 18 U.S.C. §2, a misdemeanor.

DATED: June 10, 2022         Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

*Melanie K Pierson*

Melanie K. Pierson
Assistant United States Attorney

/s/Sabrina L. Fève
Assistant United States Attorney