# EXHIBIT A

Brian Baumgart
Email:
Cell:

June 30 2022

RE: Abdul Mohammed Email Case

To The Honorable Judge John P.Curiel,

I am writing for Abdul Mohammed as I have known him for over 10 years. I believe Abdul is a hardworking and a responsible individual. His involvement in the offence was unexpected.

Abdul mentioned to me that he regrets his judgements and regrets being a part of the offence. As his friend, I have been aware of his financial difficulties. The entire case has been overwhelming and has made it difficult for him to cope properly with life. I believe Abdul has every intention of improving and now that he has a son, I know Abdul wants to focus on providing his son with proper education and a positive family environment.

I am confident Abdul will develop new technical skills and avoid making poor decisions in future. I have no doubt Abdul will make a better life for himself and his family if given a chance and will go on to, once again, being a solid upstanding figure in this community.

Abdul has in the recent years shown a steadfast and resolute demeanor in moving past this mistake. It is my hope this letter regarding Abdul Mohammed and his case will act as a positive and contributing factor when the court considers this matter.


Sincerely,
Brian Baumgart