# EXHIBIT B

From,
Shailaja
Email:
Cell:

Date: 09/10/2022

Dear Judge Gonzalo P. Curiel,

I am writing this letter regarding the email case for my loving husband and the father of our one year old son. Abdul and I have been together since 21 years, I have known him since our college days and eventually we got married. I want to state Abdul is a responsible husband and would never look away from his family's responsibilities.

Both, my husband and I are from a working class family, we have worked hard at professional jobs just like our parents. Abdul has personally shown regrets to have been a part of the business and should have voiced his opinion against it. I do not fully understand the Netblock process; however, I know Abdul worked hard and did the job assigned to him by his seniors without a question.

As a family, we have been under a lot of stress since FBI Agents showed up at our door in 2016 regarding the email case. I was home and stayed with Abdul through the conversation with FBI. It has been more than five years and we have struggled through tensions and uncertainty while the immigration process is still in process for both me and Abdul.

I can vouch for Abdul as he has been a good husband for so many years and a great father now that we have a son together. I request you to consider this letter before finalizing on any verdict.

Thank You.


Sincerely,
Shailaja