Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
Carlos A. Nevarez, SBN 324407
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701
Email: tbienert@bienertkatzman.com
         jriddet@ bienertkatzman.com
         wbernstein@ bienertkatzman.com
         cnevarez@bklwlaw.com

*Attorneys for Mohammed Abdul Qayyum*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED ABDUL QAYYUM,<br><br>Defendant. | Case No. 3:18-CR-04683-GPC-3<br>Hon. Gonzalo P. Curiel<br><br>**MOTION TO CORRECT THE IMPOSED TERM OF SUPERVISED RELEASE** |

**TO UNITED STATES ATTORNEY RANDY S. GROSSMAN, ASSISTANT UNITED STATES ATTORNEYS MELANIE K. PIERSON AND SABRINA L. FÈVE, AND DOJ ATTORNEY CANDINA S. HEATH:**

Defendant Mohammed Abdul Qayyum, by and through his counsel, hereby moves the Court to correct the imposed term of supervised release from three years to one year, pursuant to 18 U.S.C. § 3583(b)(3).  The government agrees that the statutory maximum term of supervised release available for Mr. Qayyum's misdemeanor violation of 18 USC § 1037(a)(5) is one year pursuant to 18 USC § 3583(b)(3).

At Mr. Qayyum's sentencing hearing on October 3, 2022, AUSA Pierson argued that three years of supervised release were available for Mr. Qayyum's offense and asked the Court to impose as much, which the Court did.  *See* Dkt. No. 517.  Following Mr. Qayyum's sentencing hearing, counsel looked for and could not find any authority to support the availability of three years of supervised release for Mr. Qayyum's offense.  Undersigned counsel conferred with the government, through AUSA Pierson, who was also unable to provide any authority.  AUSA Pierson concedes that the statutory maximum for Mr. Qayyum's offense is one year and said that she had been thinking about the CAN-SPAM felony when she argued that three years of supervised release were available.

Accordingly, Mr. Qayyum respectfully requests that the sentence be modified to impose one year of supervised release.  The government, through AUSA Pierson, has no objection to this modification.

                                          Respectfully submitted,

Dated:  October 5, 2022         **BIENERT KATZMAN**
                                        **LITTRELL WILLIAMS LLP**

                                        By: */s/ Whitney Z. Bernstein*
                                             Thomas H. Bienert, Jr.
                                             James D. Riddet
                                             Whitney Z. Bernstein
                                             Carlos A. Nevarez
                                             *Attorneys for Mohammed Abdul Qayyum*

# CERTIFICATE OF SERVICE

Counsel for Mohammed Abdul Qayyum certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

David W. Wiechert
Jessica C. Munk
William J. Migler
*Attorneys For Jacob Bychak*

Gary S. Lincenberg
Nicole Rodriguez Van Dyk
Darren L. Patrick
Alexis A. Wiseley
*Attorneys For Petr Pacas*

Randy K. Jones
Daniel J. Goodrich (Pro Hac)
Ryan Dougherty (Pro Hac)
*Attorneys For Mark Manoogian*

AUSA Melanie K. Pierson
AUSA Sabrina L. Fève
AUSA Ashley E. Goff
U.S. Attorney's Office

Candina S. Heath
U.S. Department of Justice

*/s/ Whitney Z. Bernstein*
Whitney Z. Bernstein